# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00162-CV

**Niteclubs Enterprises, Inc. and Warren H. Dronebarger, Appellants**

**v.**

**Gregory L. Winborn and Cherub Enterprises, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GN-03-001009, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Niteclubs Enterprises, Inc. and Warren H. Dronebarger filed a notice of bankruptcy with this Court (United States Bankruptcy Court, W.D. Texas, chapter 11, docket numbers 10-10888 and 10-10889). *See* Tex. R. App. P. 8.1. Accordingly, their appeal is suspended because of the automatic bankruptcy stay. *See* 11 U.S.C. § 362(a) (2009); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event which would allow the case to proceed. *See* Tex. R. App. P. 8.3(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Abated

Filed: May 4, 2010